**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Phillip F. Watts, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2012-213513
Lower Court Case No. 2010-CP-46-03969

―――――――――

Appeal From York County
The Honorable Edgar W. Dickson, Circuit Court Judge

―――――――――

Memorandum Opinion No. 2014-MO-038
Submitted October 8, 2014 – Filed October 15, 2014

―――――――――

**AFFIRMED**

―――――――――

Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Assistant Attorney General James Rutledge Johnson, of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioner's conviction and sentence are affirmed pursuant to pursuant to Rule 220(b)(1), SCACR, and the following authorities: *State v. Johnson*, 363 S.C. 53, 609 S.E.2d 520 (2005) (finding to preserve an issue for review there must be a contemporaneous objection that is ruled on by the lower court); *State v. Stroman*, 281 S.C. 508, 316 S.E.2d 395 (1984) ("a party cannot complain of an error which his own conduct has induced").

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**